**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: GUZMAN, HOLLY RACHELE § | Case No. 10-57036 |
| § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 08/09/2011 in Courtroom 742, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   Date Mailed:  07/07/2011         By:   /s/RICHARD M. FOGEL
                                           Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: GUZMAN, HOLLY RACHELE § Case No. 10-57036
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $ 4,305.07

*and approved disbursements of* $ 0.00

*leaving a balance on hand of* [1] $ 4,305.07

**Balance on hand:** $ 4,305.07

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 4,305.07

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 805.32 | 0.00 | 805.32 |

Total to be paid for chapter 7 administration expenses: $ 805.32
Remaining balance: $ 3,499.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,499.75

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 3,499.75 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,412.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 2,072.66 | 0.00 | 2,072.66 |
| 2 | Afni, Inc. | 339.83 | 0.00 | 339.83 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,412.49 |
| Remaining balance: | $ | 1,087.26 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 1,087.26 |

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||| 

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 1,087.26

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.3% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $3.47. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 1,083.76.

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Holly Rachele Guzman  
    Debtor

Case No. 10-57036-CAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: lhatch     Page 1 of 1     Date Rcvd: Jul 08, 2011  
                    Form ID: pdf006     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2011.

```
db          +Holly Rachele Guzman,   4105 S. Drexel Blvd.,   Unit 2N,   Chicago, IL 60653-3124
aty         +Jim Fine,   McKenna Storer,   666 Russel Court,   Suite 303,   Woodstock, IL 60098-2672
tr          +Richard M Fogel,   Shaw Gussis Fishman Glantz Wolfson,   321 N Clark Street  Suite 800,
              Chicago, IL 60654-4766
16599849    +Americas Servicing Co,   Attention: Bankruptcy,   Po Box 10328,   Des Moines, IA 50306-0328
16599850    +Barclays Bank Delaware,   Attention: Customer Support Department,   Po Box 8833,
              Wilmington, DE 19899-8833
17080371     Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 248839,
              Oklahoma City, OK  73124-8839
16599852     Citifinancial,   Bsp13a,   Baltimore, MD 21202
16599853    +City of Chicago,   Department of Revenue,   PO Box 88292,   Chicago, IL 60680-1292
16599854    +Enhanced Recovery Co L,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
16599856    +Fst Premier,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4824
16599857    +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
16599859    +Illinois State Toll Hwy. Authority,   c/o Arnold S. Harris, P.C.,
              222 Merchandise Mart Plaza #1932,   Chicago, IL 60654-1420
16599860    +NCO Financial Systems,   PO Box 17080,   Wilmington, DE 19850-7080
16599861    +Rob Kritzmire, Attorney at Law,   29 S. LaSalle Street #620,   Chicago, IL 60603-1539
16599862    +Saxon Mortgage Service,   4708 Mercantile Dr.,   Fortworth, TX 76137-3605
16599863    +Stellar Recovery Inc.,   1845 Highway 93 South,   Suite 310,   Kalispell, MT 59901-5721
16599864    +The Bureaus Inc,   1717 Central St,   Evanston, IL 60201-1590
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
16599848    +E-mail/PDF: recoverybankruptcy@afninet.com Jul 09 2011 01:24:04      Afni, Inc.,
              Attn: DP Recovery Support,   Po Box 3427,   Bloomington, IL 61702-3427
17382998    +E-mail/PDF: recoverybankruptcy@afninet.com Jul 09 2011 01:34:09      Afni, Inc.,   PO BOX 3247,
              Bloomington, IL 61702-3247
16599851    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 09 2011 01:23:53      Capital One, N.a.,
              C/O American Infosource,   Po Box 54529,   Oklahoma City, OK 73154-1529
                                                                                              TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Richard M Fogel,   Shaw Gussis Fishman Glantz Wolfson,   321 N Clark Street  Suite 800,
              Chicago, IL 60654-4766
16599855*   +Enhanced Recovery Co L,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
16599858*   +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
                                                                                       TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2011**              **Signature:** _/s/ Joseph Speetjens_