**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: GUZMAN, HOLLY RACHELE     § Case No. 10-57036
                                 §
                                 §
Debtor(s)                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $294,719.00 *(without deducting any secured claims)* | Assets Exempt: $74,852.00 |
| Total Distribution to Claimants: $2,416.94 | Claims Discharged Without Payment: $29,696.85 |
| Total Expenses of Administration: $805.32 | |

3) Total gross receipts of $ 4,305.10 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,082.84 (see **Exhibit 2**), yielded net receipts of $3,222.26 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $309,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 805.32 | 805.32 | 805.32 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 31,444.85 | 2,416.94 | 2,416.94 | 2,416.94 |
| **TOTAL DISBURSEMENTS** | $340,444.85 | $3,222.26 | $3,222.26 | $3,222.26 |

4) This case was originally filed under Chapter 7 on December 28, 2010. The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/01/2011            By: /s/RICHARD M. FOGEL
                                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2008 Ford Tauras X | 1129-000 | 4,305.00 |
| Interest Income | 1270-000 | 0.10 |
| **TOTAL GROSS RECEIPTS** | | **$4,305.10** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| GUZMAN, HOLLY RACHELE | 100.00% dividend on Claim # SURPLUS, Ref: | 8200-000 | 1,082.84 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,082.84** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Saxon Mortgage Service | 4110-000 | 55,377.00 | N/A | N/A | 0.00 |
| NOTFILED | Americas Servicing Co | 4110-000 | 253,623.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$309,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 805.32 | 805.32 | 805.32 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 805.32 | 805.32 | 805.32 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 − GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 1,409.00 | 2,072.66 | 2,072.66 | 2,072.66 |
| 1I | Capital One Bank (USA), N.A. | 7990-000 | 0.00 | 3.82 | 3.82 | 3.82 |
| 2 | Afni, Inc. | 7100-000 | 339.00 | 339.83 | 339.83 | 339.83 |
| 2I | Afni, Inc. | 7990-000 | 0.00 | 0.63 | 0.63 | 0.63 |
| NOTFILED | NCO Financial Systems | 7100-000 | 1,241.98 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 411.00 | N/A | N/A | 0.00 |
| NOTFILED | The Bureaus Inc | 7100-000 | 2,945.00 | N/A | N/A | 0.00 |
| NOTFILED | Rob Kritzmire, Attorney at Law | 7100-000 | 3,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Stellar Recovery Inc. | 7100-000 | 2,999.87 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 451.00 | N/A | N/A | 0.00 |
| NOTFILED | Fst Premier | 7100-000 | 379.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago Department of Revenue | 7100-000 | 1,480.00 | N/A | N/A | 0.00 |
| NOTFILED | Enhanced Recovery Co L | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois State Toll Hwy. Authority c/o Arnold S. | 7100-000 | 355.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 1,904.00 | N/A | N/A | 0.00 |
| NOTFILED | Enhanced Recovery Co L | 7100-000 | 334.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Citifinancial | 7100-000 | 13,571.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 31,444.85 | 2,416.94 | 2,416.94 | 2,416.94 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-57036  
**Case Name:** GUZMAN, HOLLY RACHELE  

**Period Ending:** 09/01/11

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 12/28/10 (f)  
**§341(a) Meeting Date:** 02/15/11  
**Claims Bar Date:** 06/10/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Location: 4105 S. Drexel Blvd. Unit 2N, Chicago<br>  Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 240,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking --Chase Bank 264.00 Checking--Chase ban<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 492.00 | 0.00 | DA | 0.00 | FA |
| 3 | Normal household furniture including kitchen tab<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 675.00 | 0.00 | DA | 0.00 | FA |
| 4 | Normal wearing apparel for work and leisure.<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 250.00 | 0.00 | DA | 0.00 | FA |
| 5 | 401K<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 53,302.00 | 0.00 | DA | 0.00 | FA |
| 6 | Former spouse obligated to pay child support at<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | DA | 0.00 | FA |
| 7 | 2008 Ford Tauras X<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 16,000.00 | 6,149.00 | | 4,305.00 | FA |
| 8 | 2003 Volkswagen Passat<br>  Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | Unknown | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.10 | FA |
| 9 | **Assets   Totals** (Excluding unknown values) | **$310,719.00** | **$6,149.00** | | **$4,305.10** | **$0.00** |

RE PROP# 1   Stay modified 3-18-11  
RE PROP# 8   Debtor on title but co-owner pays lien

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-57036  
**Case Name:** GUZMAN, HOLLY RACHELE  

**Period Ending:** 09/01/11

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 12/28/10 (f)  
**§341(a) Meeting Date:** 02/15/11  
**Claims Bar Date:** 06/10/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   June 30, 2012     **Current Projected Date Of Final Report (TFR):**   July 7, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-57036  
**Case Name:** GUZMAN, HOLLY RACHELE  

**Taxpayer ID #:** **-***2935  
**Period Ending:** 09/01/11  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******72-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/15/11 | {7} | GERALDINE GUZMAN | Proceeds of sale per o/c 4-7-11 | 1129-000 | 4,305.00 | | 4,305.00 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 4,305.01 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,305.04 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,305.07 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,305.10 |
| 08/08/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 4,305.10 |
| 08/08/11 | | To Account #9200******7266 | Close account and transfer for final distributions | 9999-000 | | 4,305.10 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,305.10 | 4,305.10 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,305.10 | |
| | | | **Subtotal** | | 4,305.10 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,305.10** | **$0.00** | |

{} Asset reference(s) 　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 09/01/2011 06:56 AM　　V.12.57

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| Case Number: | 10-57036 | | Trustee: | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- | --- |
| Case Name: | GUZMAN, HOLLY RACHELE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******72-66 - Checking Account |
| Taxpayer ID #: | **-***2935 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/01/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 08/08/11 | | From Account #9200******7265 | Close account and transfer for final distributions | 9999-000 | 4,305.10 | | 4,305.10 |
| 08/10/11 | 101 | RICHARD M. FOGEL | Dividend paid 100.00% on $805.32, Trustee Compensation; Reference: | 2100-000 | | 805.32 | 3,499.78 |
| 08/10/11 | 102 | Capital One Bank (USA), N.A. | 100.00% dividend on Claim # 1, Ref: XXXXXXXXXXXX0417 | 7100-000 | | 2,072.66 | 1,427.12 |
| 08/10/11 | 103 | AFNI, Inc. | 100.00% dividend on Claim # 2, Ref: XXXXXX0671 | 7100-000 | | 339.83 | 1,087.29 |
| 08/10/11 | 104 | Capital One Bank (USA), N.A. | 100.00% dividend (interest) on Claim # 1I, Ref: XXXXXXXXXXXX0417 | 7990-000 | | 3.82 | 1,083.47 |
| 08/10/11 | 105 | AFNI, INC. | 100.00% dividend (interest) on Claim # 2I, Ref: XXXXXX0671 | 7990-000 | | 0.63 | 1,082.84 |
| 08/10/11 | 106 | GUZMAN, HOLLY RACHELE | 100.00% dividend on Claim # SURPLUS, Ref: | 8200-000 | | 1,082.84 | 0.00 |

| | | | |
| --- | --- | --- | --- |
| **ACCOUNT TOTALS** | | 4,305.10 | 4,305.10 | $0.00 |
| Less: Bank Transfers | | 4,305.10 | 0.00 | |
| **Subtotal** | | 0.00 | 4,305.10 | |
| Less: Payments to Debtors | | | 1,082.84 | |
| **NET Receipts / Disbursements** | | $0.00 | $3,222.26 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| **MMA # 9200-******72-65** | 4,305.10 | 0.00 | 0.00 |
| **Checking # 9200-******72-66** | 0.00 | 3,222.26 | 0.00 |
| | $4,305.10 | $3,222.26 | $0.00 |

{} Asset reference(s)

Printed: 09/01/2011 06:56 AM    V.12.57